UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY B. THOMAS, | No. C 09-3167 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| TAFT CORRECTIONAL INSTITUTION; et al., | |
| Defendants. | |

Rodney B. Thomas filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Taft Correctional Institution in Taft, California. Taft is in Kern County, within the venue of the Eastern District of California. The defendants apparently are employees of the Taft Correctional Institution, and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 5, 2009

SUSAN ILLSTON
United States District Judge