# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY B. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TAFT CORRECTIONAL INSTITUTION, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-01593-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE FURTHER RESPONSE<br><br>(DOC. 26)<br><br>RESPONSE DUE OCTOBER 25, 2010 |

　　　Plaintiff Rodney B. Thomas ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), which provides a remedy for civil rights violations by federal actors. Pending before the Court is Plaintiff's request to dismiss all federal defendants in this action pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 26.)

　　　Plaintiff has also indicated that he wishes to file an amended complaint in this action. (Doc. 25.) The Court set a deadline of October 25, 2010 for Plaintiff to file his amended complaint. There is thus a dispute in Plaintiff's filings. Accordingly, if Plaintiff wishes to voluntarily dismiss this action, Plaintiff shall so notify the Court on or before October 25, 2010. If Plaintiff wishes to file an amended complaint, Plaintiff is ordered to do so by October 25, 2010.

　　　IT IS SO ORDERED.

　　　Dated:　**October 1, 2010**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1